**Opinion filed January 16, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00011-CR
_____

## IN RE THE STATE OF TEXAS

---

### Original Mandamus Proceeding

---

### M E M O R A N D U M   O P I N I O N

The State of Texas filed an application for emergency stay and writ of mandamus relating to trial court cause nos. 13-4347, 13-4370, and 13-4373 in the 106th District Court of Gaines County. The State has now filed in this court a motion for dismissal. In the motion, the State verified that all outstanding issues in this proceeding "have been resolved to the satisfaction of all parties, and no further assistance is required" from this court. The motion is signed by the district attorney.

The State's motion for dismissal is granted, and this proceeding is dismissed.


January 16, 2014                                                   PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.